AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America

v.

Christine L. Applewhite

**WARRANT FOR ARREST**

Case Number: 10 cr 572-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christine L. Applewhite** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with: **Rule to show cause for failure to comply with conditions Of supervised release (Attachment)**

in violation of Title United States Code, Section(s)

Yvette Pearson  Issuing Officer

U.S. Deputy Clerk

_____
Signature of Issuing Officer

Bail fixed at $

August 13, 2010; Chicago

_____
, Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Benton County Jail

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 10/14/10 | | USM |